**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ishaq IBRAHIM, Petitioner**

**No. 113 MAL 2017**

Supreme Court of Pennsylvania.

July 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.